**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LOURDES FELIX-GARCIA, a.k.a. Lourdes Felix,<br><br>      Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>      Respondent. | No. 13-70607<br><br>Agency No. A099-828-756<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 25, 2014[**]

Before:     HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

Lourdes Felix-Garcia, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals ("BIA") denying her motion to reopen removal proceedings. We dismiss the petition for review.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review the BIA's order because Felix-Garcia filed her petition for review beyond the mandatory 30-day filing deadline.  *See* 8 U.S.C. § 1252(b)(1) ("The petition for review must be filed not later than 30 days after the date of the final order of removal."); *see also Anderson v. Holder*, 673 F.3d 1089, 1094 (9th Cir. 2012) ("The thirty-day time limit for filing a petition for review, under 8 U.S.C. § 1252(b)(1), 'is mandatory and jurisdictional, and cannot be tolled.'" (citation omitted)).  Felix-Garcia's opening brief contains no assertion of official misleading or regulatory noncompliance that could trigger an exception to the filing deadline.  *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010) ("[W]e generally will not take up arguments not raised in an alien's opening brief before this court."); *cf. Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir. 2003) (discussing exceptions to the filing deadline).

**PETITION FOR REVIEW DISMISSED.**